O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-4-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
NOV - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY AARON BRADLEY,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>M.D. BITER, Warden,<br><br>　　　　　　Respondent. | Case No. EDCV 13-1865-AG (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: Oct 31, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE