JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

NOV - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-4-14

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICKEY AARON BRADLEY,

　　　　　Petitioner,

vs.

M.D. BITER, Warden,

　　　　　Respondent.

Case No. EDCV 13-1865-AG (RNB)

**JUDGMENT**

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Oct 31, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE